UNITED STATES of America, Plaintiff-Appellee, v. The WESTERN BEEF COMPANY et al., Defendants-Appellants.

No. 266.

Circuit Court of Appeals, Second Circuit.

May 11, 1944.

Theodore E. Steiber, of Bridgeport, Conn., for defendants-appellants.

Milton Nahum, Asst. U. S. Atty., of Hartford, Conn., Thomas J. Dodd, Sp. Asst. to Atty. Gen., and Fleming James, Jr., Director, Litigation Division, David London, Chief, Appellate Branch, and Edward H. Hatton, Attorney, Office of Price Administration, all of Washington, D. C. (Robert P. Butler, U. S. Atty., of Hartford, Conn., of counsel), for plaintiff-appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.